708 A.2d 806

**Barry S. DERNOVESK, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

April 1, 1998.

### ORDER

PER CURIAM:

AND NOW, this 1st day of April, 1998, the Petition for Allowance of Appeal is DENIED in accordance with this Court's decision in *Sullivan v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing*, 550 Pa. 639, 708 A.2d 481 (1998).